# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2021

Bridget M. McCormack,
Chief Justice

162129(55)

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SPECTRUM HEALTH HOSPITALS,
   Plaintiff-Appellant,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
   Defendant,
and

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
   Defendant-Appellee.
_____/

MSC: 162129
COA: 347553
Kent CC: 17-007661-NF

On order of the Chief Justice, the motion of the Insurance Alliance of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 5, 2021, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2021



Clerk